## RDX TECHNOLOGIES CORPORATION and Subsidiaries

**DANZIK LOANS TO Ridgeline / RDX**

OPEN NOTES ONLY

| DATE ISSUED | PURPOSE | PRINCIPAL | COLLECTED BY | | Int | OPEN | Original Note | Secured | |
|---|---|---|---|---|---|---|---|---|---|
| 29-Jan-13 | Cash Loan for Operating Expenses | $ 682,960.00 | Wire Transfer | | 6% | Yes | Ridgeline Energy | No | |
| 4-Feb-13 | Cash Loan - Office Furniture | $ 22,100.00 | Delivered Office Furniture | | 0% | YES | Ridgeline Energy | Yes | Danzik cash for furniture |
| 4-Feb-13 | Telephone System - Greeway Prkwy | $ 9,200.00 | Telephone system at Greenway office | | 0% | YES | Ridgeline Energy | Yes | Paid for telephone system |
| 11-Nov-13 | Credit Card Line - Wells Fargo | $ 2,500.00 | Credit Card - Cash Secured for Blake Reading | Visa Ending in: 7635 | 0 | YES | Ridgeline Energy | No | Credit Card Cash Loans - Danzik Guarantee |
| 18-Oct-13 | Credit Card Line - Wells Fargo | $ 5,000.00 | Credit Card - Cash Secured for Glenn Meeks | Visa Ending in: 2616 | 0 | YES | Ridgeline Energy | No | Credit Card Cash Loans - Danzik Guarantee |
| 25-Sep-13 | Credit Card Line - Wells Fargo | $ 5,000.00 | Credit Card - Cash Secured for Anthony Calim | Visa Ending in: 2590 | 0 | YES | Ridgeline Energy | No | Credit Card Cash Loans - Danzik Guarantee |
| | Credit Card Line - Wells Fargo | $ 5,000.00 | Credit Card - Cash Secured for John Shaw | Visa Ending in: 7638 | 0 | YES | RDX Corp | No | Credit Card Cash Loans - Danzik Guarantee |
| | Credit Card Line - Wells Fargo | $ 2,500.00 | Credit Card - Cash Secured for Mike Youngs | Visa Ending in: 5621 | 0 | YES | RDX Corp | No | Credit Card Cash Loans - Danzik Guarantee |
| | Credit Card Line - Wells Fargo | $ 10,000.00 | Credit Card - Cash Secured for Vincent Meli | Visa Ending in: 2582 | 1 | YES | Ridgeline | No | Credit Card Cash Loans - Danzik Guarantee |
| | Credit Card Line - Wells Fargo | $ 5,000.00 | Credit Card - Cash Secured for David Bogardus | Visa Ending in: 7641 | 2 | YES | RDX Corp | No | Credit Card Cash Loans - Danzik Guarantee |
| 14-Jan-14 | Cash Loan for RDX - Wyoming office expenses | $ 2,500.00 | Cash loan to RDX sent to office manager for expenses | | 0% | YES | RDX Corp | No | Payment |
| 7-Feb-14 | Cash Loan to M2Renewables | $ 10,000.00 | Cash loan payment for RDX | | 0% | YES | RDX Tech Corp | No | Payment needed for RDX to M2R |
| 31-Mar-14 | Cash Loan for Operating Expenses | $ 500,000.00 | Wire Transfer | | 6% | Yes | Ridgeline Energy | No | Convertible Investment |
| 22-Sep-14 | Common Stock Loan - GEM Settlement | $ 2,340,000.00 | Transfer - Computer Share | | 0% | Yes | RDX Tech Corp | No | |
| 27-Oct-14 | Cash Loan by Check | $ 7,856.35 | Cover RDX invoice from Labor Ready Temp Agency | | 4% | YES | RDX Tech Corp | | For Santa Fe Springs |
| 18-Nov-14 | Cash Loan - Operating Expenses RDX | $ 50,000.00 | Forward to 11-20 Cummulative Note | | 4% | Yes | RDX Tech Corp | | Cash Loan by Check |
| 20-Nov-15 | Cash Loan - Revolving | $ 400,000.00 | Various Wire Transfers - Credit Cards | | 4% | YES | RDX Tech Corp | No | Revolving - Additional credit cards |
| 4-Mar-15 | Cash Loan by Wire Transfer | $ 250,000.00 | Wire Transfer | | 4% | YES | RDX Tech Corp | No | Cash Loan |
| 14-Mar-15 | Cash Loan by Wired Transfer | $ 60,000.00 | Wire Transfer | | 4% | Yes | RDS Tech Corp | No | Cash Loan |
| **TOTALS** | | **$ 4,369,616.35** | | | | | | | |

**Source**

Danzik

Danzik

Danzik

Danzik
Danzik
Danzik
Danzik
Danzik
Danzik
Danzik

Danzik

Danzik

Danzik / DEJA II, LLC

Danzik

Danzik

Danzik

Danzik

Danzik