**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF WYOMING**

```
In re:                              )
    DENNIS MEYER DANZIK,            )
                                    )   Case No.  16-20002
                                    )
                                    )   Chapter 11
                    Debtor.         )
```

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES
DUE PURSUANT TO 11 U.S.C. §521(A)(1)(B)(IV)**

I, DENNIS MEYER DANZIK, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

_____ a) I was not employed during the period immediately preceding the filing of the above-referenced case

**XXXXXXX** b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

_____ c) I am self-employed and do not receive any evidence of payment;

**XXXXXXX** d) Other (Please Explain)

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 29th day of January, 2016.

Debtor-DENNIS MEYER DANZIK

/s/