Bradley T. Hunsicker (Wyo. Bar 7-4579)
**Markus Williams Young & Zimmermann LLC**
106 East Lincolnway Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

Jeffrey M. Eilender (admitted *pro hac vice*)
Bradley J. Nash (admitted *pro hac vice*)
Vitali S. Rosenfeld (admitted *pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com
bnash@schlamstone.com
vrosenfeld@schlamstone.com

Attorneys for Creditors CWT Canada II Limited Partnership
and Resource Recovery Corporation

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re:<br><br>DENNIS MEYER DANZIK,<br>xxx-xx-1786<br><br>Debtor. | Case No. 16-20002<br>Chapter 11 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF TIME TO OBJECT

Creditors CWT Canada II Limited Partnership ("CWT Canada") and Resource Recovery Corporation ("RRC") (the "CWT Parties"), pursuant to 11 U.S.C. § 362(d), Fed.R.Bankr.P. 4001, and Local Rule 4001-1, hereby submit this *Motion for Relief from Automatic Stay and Notice of Time to Object* wherein the CWT Parties respectfully move the Court for an order granting relief from the automatic stay in order to allow the CWT Parties to continue a pending action involving the Debtor, Dennis Danzik, in the Supreme Court of the State of New York, County of New York, Commercial Division, captioned *GEM Holdco LLC, et al. v. Changing*

*World Technologies, L.P., et al.*, New York Sup. Ct. Index No. 650841/2013 (the "New York Action"), and in support thereof, rely upon the *Memorandum in Support of Motion for Relief from Automatic Stay and Notice of Time to Object*, and the exhibits attached thereto, filed contemporaneously herewith.

      **WHEREFORE**, the CWT Parties hereby move the Court for the entry of an order substantially in the form attached hereto at Exhibit "A" modifying the automatic stay in order to allow the CWT Parties to continue the New York Action, and for such other and further relief that this Court deems appropriate.

      Dated this 18th day of February, 2016.

Respectively submitted,

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**

By:    /s/ Bradley T. Hunsicker
       Bradley T. Hunsicker

       106 East Lincolnway, Suite 300
       Cheyenne, WY 82001
       Telephone:  (307)-778-8178
       Facsimile:  (307) 638-1975
       bhunsicker@markuswilliams.com

          **-and-**

**SCHLAM STONE & DOLAN LLP**

By:    /s/ Jeffrey M. Eilender
       Jeffrey M. Eilender (admitted *pro hac vice*)
       Bradley J. Nash (admitted *pro hac vice*)
       Vitali S. Rosenfeld (admitted *pro hac vice*)

       26 Broadway
       New York, NY 10004
       Telephone: (212) 344-5400
       Facsimile: (212) 344-7677
       jeilender@schlamstone.com
       bnash@schlamstone.com

vrosenfeld@schlamstone.com

*Attorneys for the CWT Parties*

## NOTICE OF TIME TO OBJECT

**YOU ARE HEREBY NOTIFIED** that if you desire to oppose this motion, you are required to file with this Court and serve on Bradley T. Hunsicker, attorney for movants, whose address is shown above, a written objection to the motion on or before the 7th day of March, 2016, or the relief required in the motion may be granted by the Court.

**DATED** this 18th day of February, 2016.

CWT Canada II Limited Partnership
and Resource Recovery Corporation

By:    /s/ Bradley T. Hunsicker
Bradley T. Hunsicker

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion for Relief from Automatic Stay and Notice of Time to Object** was served on February 18th, 2016, via U.S. Mail, postage prepaid, upon the **Debtor**, Dennis Danzik, **Ken McCartney**, counsel for the Debtor, **Paul Hunter**, counsel for Sigma Opportunity Fund II, LLC, **Daniel Morse of the Office of the United States Trustee**, and the **Debtor's Top Twenty Unsecured Creditors**:

**Dennis Danzik**
1334 Sunset Blvd. South
Cody, WY 82414

**Ken McCartney**
The Law Offices of Ken McCartney, P.C.
P.O. Box 1364
Cheyenne, WY  82003
bnkrpcyrep@aol.com
*Attorney for Debtor*

**Paul Hunter**
2616 Central Ave.
Cheyenne, WY  82001
attypaulhunter@prodigy.net
*Attorney for Sigma Opportunity Fund II, LLC*

**Daniel Morse**
Office of the United State Trustee
308 West 21st St, 2nd Floor

3

Cheyenne, WY 82001

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19850-501

BUILTMORE LOAN
7025 N. SCOTTSDALE ROAD,
SUITE 105
SCOTTSDALE, AZ 85260

CHASE BANK-UNITED VISA
P.O. BOX 94014
PALATINE, IL 60094-401

CITI BANK-DIAMOND
PREFERRED
P.O. BOX 6500
SIOUX FALLS, SD 5711

CITI BANK-DIVIDEND
P.O. BOX 6500
SIOUX FALLS, SD 5711

CITI BANK-REWARDS PLUS
P.O. BOX 6500
SIOUX FALLS, SD 57117

DINER'S CLUB
P.O. BOX 6101
CAROL STREAM, IL 60197-610

HOME DEPOT CREDIT
P.O. BOX 790328
ST. LOUIS, MO 6317

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

LISA HEIL
P.O. BOX 35336
PHOENIX, AZ 8506

*s/Jenny F. Tokuoka*
Jenny F. Tokuoka

4