CIV-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| KURT R. WIESE, SBN 127251<br>BARBARA BAIRD, SBN 81507<br>KARIN MANWARING, SBN 228565<br>South Coast Air Quality Management District<br>21865 Copley Drive, Diamond Bar, CA 91765<br>TELEPHONE NO.: (909) 396-3400 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: kmanwaring@aqmd.gov<br>ATTORNEY FOR *(Name)*: South Coast Air Quality Management | <br>CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br>NOV 0 4 2015<br>Sherri R. Carter, Executive Officer/Clerk<br>By Shaunya Bolden, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central District | |
| PLAINTIFF/PETITIONER: PEOPLE OF THE STATE OF CALIFORNIA<br>DEFENDANT/RESPONDENT: RIDGELINE ENERGY SERVICES (USA), et al. | |
| **NOTICE OF ENTRY OF JUDGMENT OR ORDER**<br>(Check one): [X] UNLIMITED CASE [ ] LIMITED CASE<br>(Amount demanded exceeded $25,000) (Amount demanded was $25,000 or less) | CASE NUMBER:<br>BC557571 |

TO ALL PARTIES :

1. A judgment, decree, or order was entered in this action on *(date)*: October 16, 2015

2. A copy of the judgment, decree, or order is attached to this notice.

Date: November 4, 2015

Karin Manwaring
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)     ▶ _(signature)_ (SIGNATURE)

**EXHIBIT B**

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>CIV-130 [New January 1, 2010] | **NOTICE OF ENTRY OF JUDGMENT OR ORDER** |  Legal Solutions Plus |

CIV-130

| PLAINTIFF/PETITIONER: PEOPLE OF THE STATE OF CALIFORNIA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: RIDGELINE ENERGY SERVICES (USA), et al | BC557571 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF ENTRY OF JUDGMENT OR ORDER

*(NOTE: You cannot serve the Notice of Entry of Judgment or Order if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*
21865 Copley Drive, Diamond Bar, California 91765

2. I served a copy of the *Notice of Entry of Judgment or Order* by enclosing it in a sealed envelope with postage fully prepaid and *(check one):*
   a. [ ] deposited the sealed envelope with the United States Postal Service.
   b. [X] placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Entry of Judgment or Order* was mailed:
   a. on *(date):* November 4, 2015
   b. from *(city and state):* Diamond Bar, California

4. The envelope was addressed and mailed as follows: see also attached service list

   a. Name of person served: Dennis Danzik
      Street address: 1108 14th Street
      City: Cody
      State and zip code: WY 82414

   b. Name of person served: Dennis Danzik
      Street address: 10652 N. Scottsdale Road Suite B-722
      City: Scottsdale
      State and zip code: AZ 85254

   c. Name of person served: Dennis Danzik
      Street address: 1108 14th Street #405
      City: Cody
      State and zip code: WY 82414

   d. Name of person served:
      Street address:
      City:
      State and zip code:

   [X] Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

5. Number of pages attached 3____. (Judgment and service list)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 4, 2015

_____Marcia D. Crane_____          ► _____(signature)_____
(TYPE OR PRINT NAME OF DECLARANT)          (SIGNATURE OF DECLARANT)

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| KURT R. WIESE, SBN 127251<br>BARBARA BAIRD, SBN 81507<br>KARIN MANWARING, SBN 228565<br>South Coast Air Quality Management District<br>21865 Copley Drive, Diamond Bar, CA 91765<br>TELEPHONE NO.: (909) 396-3400  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): kmanwaring@aqmd.gov<br>ATTORNEY FOR (Name): South Coast AQMD | **CONFORMED COPY ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**OCT 16 2015**<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Geoffrey Charles, Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PLAINTIFF: PEOPLE OF THE STATE OF CALIFORNIA ex rel. SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
DEFENDANT: RIDGELINE ENERGY SERVICES (USA) INC. et al.

| JUDGMENT | | CASE NUMBER: |
|---|---|---|
| [ ] By Clerk   [x] By Default   [ ] After Court Trial<br>[x] By Court   [ ] On Stipulation   [ ] Defendant Did Not Appear at Trial | | BC557571 |

**JUDGMENT**

1. [x] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [x] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [x] plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [ ] **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [ ] the stipulation was stated in open court   [ ] the stipulation was stated on the record.

3. [ ] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      [ ] Plaintiff (name each):
      (1)
      (2)
      [ ] Continued on Attachment 3b.
      [ ] Defendant (name each):
      (1)
      (2)
      [ ] Plaintiff's attorney (name each):
      (1)
      (2)
      [ ] Defendant's attorney (name each):
      (1)
      (2)
      [ ] Continued on Attachment 3b.
   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ] A statement of decision (Code Civ. Proc., § 632) [ ] was not   [ ] was   requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Legal Solutions

Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: PEOPLE OF THE STATE OF CALIFORNIA ex rel. SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | CASE NUMBER: |
|---|---|
| DEFENDANT: RIDGELINE ENERGY SERVICES (USA) INC. et al. | BC557571 |

JUDGMENT IS ENTERED AS FOLLOWS BY:   [ ] THE COURT   [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [x] for plaintiff (name each): People of the State of California, ex rel. South Coast Air Quality Management District
   and against defendant (names): Dennis Danzik, an individual (previously identified as Doe 1)
   [ ] Continued on Attachment 5a.
   
   c. [ ] for cross-complainant (name each):
   
   and against cross-defendant (name each):
   
   [ ] Continued on Attachment 5c.
   
   b. [ ] for defendant (name each):
   d. [ ] for cross-defendant (name each):

6. **Amount.**
   a. [x] Defendant named in item 5a above must pay plaintiff on the complaint:
   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) [ ] | Damages | $ | | (1) [ ] | Damages | $ |
| (2) [ ] | Prejudgment interest at the annual rate of  % | $ | | (2) [ ] | Prejudgment interest at the annual rate of  % | $ |
| (3) [ ] | Attorney fees | $ | | (3) [ ] | Attorney fees | $ |
| (4) [x] | Costs | $  2,151.09 | | (4) [ ] | Costs | $ |
| (5) [x] | Other (specify): Civil Penalties | $ 4,000,000.00 | | (5) [ ] | Other (specify): | $ |
| (6) | **TOTAL** | $ 4,002,151.09 | | (6) | **TOTAL** | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
       [ ] Defendant named in item 5b to recover costs $
           [ ] and attorney fees $
   
   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
       [ ] Cross-defendant named in item 5d to recover costs $
           [ ] and attorney fees $

7. [ ] Other (specify):

Date: 10-16-15

*(signature)*
Robert L. Hess
JUDICIAL OFFICER

Date: _____   [ ] Clerk, by _____, Deputy

**CLERK'S CERTIFICATE** (Optional)

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]   **JUDGMENT**

## SERVICE LIST

| | |
|---|---|
| Dennis Danzik<br>1108 14th Street<br>Cody, WY 82414 | *Defendant DOE, identified as Dennis Danzik*<br>*Case No. BC557571* |
| Dennis Danzik<br>1108 14th Street #405<br>Cody, WY 82414 | *Defendant DOE, identified as Dennis Danzik*<br>Case No. BC557571 |
| Dennis Danzik<br>10652 North Scottsdale Road<br>Suite B-722<br>Scottsdale, AZ 85254 | *Defendant DOE, identified as Dennis Danzik*<br>Case No. BC557571 |
| Dennis Danzik<br>Corporate Officer for RDX Technologies Corporation and Ridgeline Energy Services (USA) Inc.<br><br>Via e-mail only at danzik@rdxh2o.com, and danzik@danzik.pro, courtesy copies | *Defendant, RDX Technologies Corporation*<br>Case No. BC557571 |
| Amanda Garcia<br>c/o CT Corporation System<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 | *Agent for Service of Process for Defendant Ridgeline Energy Services (USA) Inc.*<br>Case No. BC557571 |
| The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | *Agent for Service of Process for Defendant RDX Technologies USA Corporation*<br>Case No. BC557571 |
| Frederick H. Kranz<br>Trevor Potter<br>Cox, Castle & Nicholson LLP<br>3121 Michelson Drive, Suite 200<br>Irvine, CA 92612 | *Counsel for Plaintiff Goodman Santa Fe Springs SPE LLC*<br>Case No. BC 574540 |
| | |